UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:   DARD DEFRAND,                          Chapter 13
                                                Bankr. No. 20-22409-PDR
                    Debtor.
_____/
NATIONWIDE JUDGMENT RECOVERY, INC.,             Judge Peter D. Russin

                    Plaintiff,                  Adversary No. 21-01047

         v.

DARD DEFRAND
aka PLUS20,
                    Defendant.
_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

    Nationwide Judgment Recovery, Inc. is owned 75% by D. Scott Caruthers, Esquire and 25% by Kevin Whipple as individuals.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                      Respectfully submitted,
                                      SANDLER & SANDLER
                                      By M. L. Sandler, P.A.
                                      3390 Mary Street
                                      Suite 116
                                      Miami, FL 33133
                                      Tel: 305-379-6655
                                      Fax: 786-472-7077

                                      *s/ Martin L. Sandler*
Dated: March 18, 2021                  Martin L. Sandler, Esquire
                                      Florida Bar No. 0070370