**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re:   DARD DEFRAND, | Chapter 13 |
| | Bankr. No. 20-22409-PDR |
| Debtor. | |
| _____/ | |
| NATIONWIDE JUDGMENT RECOVERY, INC., | Judge Peter D. Russin |
| Plaintiff, | Adversary No. 21-01047 |
| v. | |
| DARD DEFRAND aka PLUS20, | |
| Defendant. | |
| _____/ | |

## MOTION FOR ENTRY OF DEFAULT

**COMES NOW,** Plaintiff, Nationwide Judgment Recovery, Inc., by and through its undersigned counsel, pursuant to Bankruptcy Rule 7055, Rule 55 of the Federal Rules of Civil Procedure, and Local Rule 7055-1, and hereby requests the entry of Default against the Defendant, Dard Defrand aka PLUS20, and as grounds therefore would allege:

1. Service was duly effectuated in this matter in compliance with Bankruptcy Rule 7004.

2. The Defendant has neither sought nor obtained an extension of time for filing a responsive pleading.

3. The Defendant has failed to file a responsive pleading or motion within the time specified under Bankruptcy Rule 7012.

**WHEREFORE**, Plaintiff, Nationwide Judgment Recovery, Inc., respectfully requests this Court for the entry of a Default against the Defendant, Dard Defrand aka PLUS20, for failure to file a responsive pleading or motion as required by law.

RESPECTFULLY SUBMITTED this 12th day of April 2021.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

*s/Martin L. Sandler*
Martin L. Sandler
Florida Bar No. 0070370
SANDLER & SANDLER
3390 Mary Street, Suite 116
Miami, FL 33133
Telephone: (305) 379-6655
Email: martin@sandler-sandler.com
Attorney for Plaintiff

## VERIFICATION

I, Martin Sandler, who, after being duly sworn, depose and say that I am counsel for Nationwide Judgment Recovery, Inc., and have the authority to make this Verification on behalf of the Plaintiff; that the matters contained within Plaintiff's Motion for Entry of Default are true and correct; and that I have made this Affidavit upon my own personal knowledge of the facts involved.

                                               Martin L. Sandler
                                               Attorney for Plaintiff

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to and subscribed before me this _____ day of _____, 2021, by Martin L. Sandler, Esquire, who is personally known to me, and who did take an oath.

                                               NOTARY PUBLIC
                                               Commission No.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by First Class U.S. Mail or by electronic transmission this _____ day of _____, 2021 to the following:

| | |
|---|---|
| Dard Defrand<br>523 NW 17 Place<br>Fort Lauderdale, FL 33311 | Clare A. Casas, Esquire<br>7450 Griffin Road #260<br>Davie, FL 33314 |
| Robin R. Weiner, Chapter 13 Trustee<br>POB 559007<br>Ft. Lauderdale, FL 33355 | Office of the US Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL 33130 |