**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re:   DARD DEFRAND, | Chapter 13 |
| | Bankr. No. 20-22409-PDR |
| Debtor. | |
| _____/ | |
| NATIONWIDE JUDGMENT RECOVERY, INC., | Judge Peter D. Russin |
| Plaintiff, | Adversary No. 21-01047 |
| v. | |
| DARD DEFRAND aka PLUS20, | |
| Defendant. | |
| _____/ | |

### MOTION FOR ENTRY OF DEFAULT

**COMES NOW,** Plaintiff, Nationwide Judgment Recovery, Inc., by and through its undersigned counsel, pursuant to Bankruptcy Rule 7055, Rule 55 of the Federal Rules of Civil Procedure, and Local Rule 7055-1, and hereby requests the entry of a final Judgment against the Defendant, Dard Defrand aka PLUS20, and as grounds therefore would allege:

1.   A Default has been entered by the Clerk of the Court.

2.   An affidavit in support of the final Judgment has been filed.

**WHEREFORE**, Plaintiff, Nationwide Judgment Recovery, Inc., respectfully requests this Court for the entry of a Final Judgment against the Defendant, Dard Defrand aka PLUS20, for failure to file a responsive pleading or motion as required by law.

RESPECTFULLY SUBMITTED this 14th day of April 2021.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

*s/Martin L. Sandler*

                         Martin L. Sandler
                         Florida Bar No. 0070370
                         SANDLER & SANDLER
                         3390 Mary Street, Suite 116
                         Miami, FL 33133
                         Telephone: (305) 379-6655
                         Email: martin@sandler-sandler.com
                         Attorney for Plaintiff

## VERIFICATION

I, Martin Sandler, who, after being duly sworn, depose and say that I am counsel for Nationwide Judgment Recovery, Inc., and have the authority to make this Verification on behalf of the Plaintiff; that the matters contained within Plaintiff's Motion for Entry of Default are true and correct; and that I have made this Affidavit upon my own personal knowledge of the facts involved.

                                              Martin L. Sandler
                                              Attorney for Plaintiff

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to and subscribed before me this _____ day of _____, 2021, by Martin L. Sandler, Esquire, who is personally known to me, and who did take an oath.

                                              NOTARY PUBLIC
                                              Commission No.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by First Class U.S. Mail or by electronic transmission this _____ day of _____, 2021 to the following:

Dard Defrand
523 NW 17 Place
Fort Lauderdale, FL 33311

Clare A. Casas, Esquire
7450 Griffin Road #260
Davie, FL 33314

Robin R. Weiner, Chapter 13 Trustee
POB 559007
Ft. Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130