## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-22409-PDR |
| DARD DEFRAND | Chapter 13 |
| Debtor | |
| _____/ | |
| NATIONWIDE JUDGMENT RECOVERY, INC. | |
| Plaintiff, | |
| v. | Adv. Proc. No.: 21-01047-PDR |
| DARD DEFRAND, | |
| Defendant. | |
| _____/ | |

### DEFENDANT'S INITIAL RULE 26 DISCLOSURES

COME NOW Defendant, DARD DEFRAND ("Defendant" or "Debtor"), by and through its undersigned counsel, and without waiving any claim of privilege, work product or other basis for non-disclosure, and based on information presently available, hereby makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable to this proceeding under Federal of Bankruptcy Procedure 7026. Defendants reserve the right to supplement this disclosure as provided by the Federal of Bankruptcy Procedure, Federal Rules of Civil Procedure and the Local Rules of this Court.

1.  Rule 26(a)(1)(A)(i) Disclosures:

Defendant's initial disclosure of the identities of individuals likely to have discoverable information is based solely upon such information that Defendant has been able to discover thus far in the amount of time available, as well as Defendant's present analysis of the case, and

shall not, in any way, be deemed to be a representation that additional witnesses do not exist. Accordingly, this disclosure is subject to Defendant's ability to discover additional individuals with knowledge of facts concerning the material allegations of Plaintiff's Complaint, or any of the defenses asserted by Defendant.

    a. Plaintiff, NATIONWIDE JUDGMENT RECOVERY, INC., including its assigner, Receiver of the estate of Rex Venture Group, LLC, d/b/a www.ZeekRewards.com, c/o Martin L Sandler, Esq, Suite 116, 3390 Mary Street, Miami, FL 33133, 305-379-6655, Email: martin@sandler-sandler.com. Plaintiff is believed to possess information related to Plaintiff's claims and Defendant's defenses alleged in this matter, including, but not limited to, the nature and extent of the claims referenced in Plaintiff's Complaint.

    b. Defendant, Dard Defrand, c/o Attorney Tarek Kiem, Kiem Law, PLLC, 8461 Lake Worth Rd., Suite 114, Lake Worth, FL 33467, Telephone 561-600-0406. Defendant has discoverable information regarding: (i) Plaintiff's claims; (ii) communications, or lack thereof, with Plaintiff concerning the claims; and (iii) facts relating to Defendant's defenses.

    c. Any other individual or representatives from any other entity that may have knowledge of the allegations in Plaintiff's Complaint and Defendant's defenses.

    d. Any witness identified by any other party.

    e. Any individual listed in documents produced by either party.

    f. Any witness necessary for impeachment or rebuttal.

Identification of any person does not constitute a representation that such person has information that is non-privileged, nor does it constitute a waiver of any privilege or objection that may be made to such witness' testimony. Defendants also reserve the right to supplement this disclosure as discovery is ongoing.

2. Rule 26(a)(1)(A)(ii) Disclosures:

Defendants' initial disclosure of documents is based solely upon such information and documents that Defendant has been able to discover thus far in the amount of time available, as well as Defendant's present analysis of the case, and shall not in any way be deemed to be a representation that additional documents do not exist. Defendant's investigation of the facts and circumstances surrounding the case is ongoing, and Defendant's reserves the right to amend and or supplement this disclosure as appropriate.

Notwithstanding the foregoing, and pursuant to the provisions of Fed. R. Civ. P. 26(a)(1)(A)(ii), Defendants provide a description by category and location of the following documents:

    a.    Defendant is actively looking for documents related to the Plaintiff's claims against Defendants that is identified in the Complaint, Defendant's defenses, including but not limited to claim information, correspondence, and payment records.

All documents in Defendant's possession, custody, or control that may be used to support its defenses, if any, will be made available at Kiem Law, PLLC, 8461 Lake Worth Rd., Suite 114, Lake Worth, FL 33467.

Defendant reserves the right to use any document produced by other parties or obtained from third-parties through discovery. Defendant reserves the right to supplement this disclosure as applicable documents are made known to counsel. Defendant further reserves the right to

object to the production of any documents described above on any basis permitted by the *Federal of Bankruptcy Procedure, Federal Rules of Civil Procedure* and *the Local Rules of this Court*.

3. Rule 26(a)(1)(iii) Disclosures:

None at this time. Defendant reserves the right to supplement this disclosure as applicable documents are made known to counsel and discovery continues.

4. Rule 26(a)(1)(iv) Disclosures:

Not applicable.

Defendant reserves the right to supplement these Disclosures pursuant to *the Federal of Bankruptcy Procedure, Federal Rules of Civil Procedure and the Local Rules of this Court*. Defendant's Initial Disclosures are made without waiving: (1) the right to object on the ground of competency, privilege, relevance, hearsay, or other proper grounds; (2) the right to object to the use of any information disclosed herein, in whole or in part, for any purpose in this action or any other action; and (3) the right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these Disclosures.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was furnished by Notice of Electronic Filing via CM/ECF to all parties registered to receive such notice in this case on this the 9th day of June 2021 on:

**21-01047-PDR Notice electronically mailed to:**
Martin L Sandler, Esq on behalf of Plaintiff Nationwide Judgment Recovery, Inc.
martin@sandler-sandler.com

                                                        **KIEM LAW, PLLC**
                                                        Attorney for Defendant

        8461 Lake Worth Road, Suite 114
        Lake Worth, Florida 33467
        Telephone: 561-600-0406, Facsimile: 561-763-7355
        Email: tarek@kiemlaw.com

 By:   /s/ Tarek K. Kiem
        Tarek K. Kiem
        Florida Bar No 0637041

Dated: June 9, 2021.