**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re:   DARD DEFRAND, | Chapter 13 |
| | Bankr. No. 20-22409-PDR |
| Debtor. | |
| _____/ | |
| NATIONWIDE JUDGMENT RECOVERY, INC., | Judge Peter D. Russin |
| Plaintiff, | Adversary No. 21-01047-PDR |
| v. | |
| DARD DEFRAND | |
| aka PLUS20, | |
| Defendant. | |
| _____/ | |

**NATIONWIDE JUDGMENT RECOVERY, INC.'S DISCLOSURES PURSUANT**
**TO BANKRUPTCY RULE 7026 AND FED.R.CIV.P. 26(a)(1)**

Nationwide Judgment Recovery, Inc. ("Nationwide"), by and through its undersigned

counsel, hereby provides disclosures pursuant to Bankruptcy Rule 7026 and Fed.R.Civ.P.

26(a)(1):

26(a)(1)(A)(i) - Persons Likely to Have Discoverable Information

Defendant, Dard Defrand aka Plus 20

Nationwide Judgment Recovery, Inc., c/o its counsel of record in this adversary
proceeding

26(a)(1)(A)(ii) – Documents
A. Judgment from Bell v Disner, 3:14-cv-00091 (W.D. NC 2914)
B. Statement showing Defendant's payments into and from the ZeekRewards Ponzi
scheme
C. Order granting Receiver's Motion to Summary Judgment in Bell v. Disner, 3:14-cv-
00091 (W.D. NC 2014)
D. Index page showing Judgment against Defendant
E. Assignment of Judgment to Nationwide Judgment Recovery, Inc.

All documents were attached to Plaintiff's Complaint as Exhibits.

<u>26(a)(1)(A)(iii) – Damages</u>

Judgment amount of $33,327.43 which is comprised of $24,816.57 in net winnings from the ZeekRewards scheme and $8,510.86 in prejudgment interest.

<u>26(a)(1)(A)(iv) – Insurance</u>

None.

RESPECTFULLY SUBMITTED this 8th day of December, 2021.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Initial Disclosures was served by U.S. mail this 8th day of December, 2021 upon: **Tarek K. Kiem, Esquire**, **KIEM LAW, PLLC**, 8461 Lake Worth Road, Suite 114, Lake Worth, FL 33467 and **Robin R. Weiner, Chapter 13 Trustee**, POB 559007, Ft. Lauderdale, FL all by CM/ECF protocol.

Respectfully submitted,
SANDLER & SANDLER
By M. L. Sandler, P.A.
3390 Mary Street
Suite 116
Miami, FL 33133
Tel: 305-379-6655
Fax: 786-472-7077


*s/ Martin L. Sandler*
Martin L. Sandler, Esquire
Florida Bar No. 0070370