

ORDERED in the Southern District of Florida on April 7, 2022.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERSALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-22409-PDR |
| DARD DEFRAND | Chapter 13 |
|     Debtor | |
| _____/ | |
| NATIONWIDE JUDGMENT RECOVERY, INC. | |
|     Plaintiff, | |
| v. | Adv. Proc. No.: 21-01047-PDR |
| DARD DEFRAND, | |
|     Defendant. | |
| _____/ | |

### ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED

The parties have settled this matter pursuant to the terms of the *Order Granting Debtor's Motion to Approve Stipulation to Compromise Controversy* entered in the Main Case *[ECF No. 55 in Case No. 20-22409-PDR]*. Based on the settlement of this adversary proceeding, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The adversary proceeding is hereby **DISMISSED.**

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between Plaintiff and Defendant.

### 

Submitted by:

Tarek K. Kiem, Esq.
Attorney for the Defendant
Kiem Law, PLLC
8461 Lake Worth Road, Suite 114
Lake Worth, FL 33467
Telephone: 561-600-0406
Fax:            561-763-7355
Email:         tarek@kiemlaw.com

Attorney Tarek K. Kiem shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).